IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ELITE AUTOS, LLC, an Arkansas limited liability company, <br><br>　　　　　　　　Plaintiff, <br>　　v. <br><br>SPARKS MOTORS, LLC, a Utah limited liability company; DAVID SPARKS, an individual; NATIONWIDE MUTUAL INSURANCE, an Ohio mutual insurance company, <br><br>　　　　　　　　Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE** <br><br>Case No. 1:20-cv-00126-TC-CMR <br><br>Judge Tena Campbell <br><br>Magistrate Judge Cecilia M. Romero |

　　　　This matter comes before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (ECF No. 71). Having considered the parties stipulated motion, and for good cause appearing, the court hereby ORDERS that (1) this action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees, and (2) notwithstanding this dismissal with prejudice, the Court shall retain jurisdiction of this action to enforce the terms of the parties Confidential Settlement Agreement and Release (the "Settlement Agreement") and to enter judgment, if necessary, pursuant to a Verified Stipulation for Judgment by Confession agreed to and signed by the Sparks Parties, which is an exhibit to and an integral part of the Settlement Agreement.

　　　　SO ORDERED this 30th day of June, 2021.

BY THE COURT:

*Tena Campbell*
The Honorable Tena Campbell
U.S. District Court Judge