IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ELITE AUTOS, LLC, an Arkansas limited liability company,<br><br>                Plaintiff,<br>v.<br><br>SPARKS MOTORS, LLC, a Utah limited liability company; DAVID SPARKS, an individual; NATIONWIDE MUTUAL INSURANCE, an Ohio mutual insurance company,<br><br>                Defendant. | **JUDGMENT BY CONFESSION**<br><br>Case No. 1:20-cv-00126-TC-CMR<br><br>Judge Tena Campbell<br><br>Magistrate Judge Cecilia M. Romero |

      Before the court is Plaintiff Elite Autos, LLC's Motion to Enforce Settlement Agreement and Enter Judgment by Confession. (ECF No. 74.) The court has reviewed the Verified Stipulation for Judgment by Confession (ECF No. 73) signed by Defendants Sparks Motors, LLC and David Sparks (together, the "Sparks Parties"), as well as the exhibits accompanying the Motion. Accordingly,

      IT IS ORDERED that judgment be entered against the Sparks Parties in favor of Elite Autos in the amount of $120,000, less credits for payments made by the Sparks Parties under the Settlement Agreement, for a total amount of $90,000. Elite Autos shall be entitled to interest at the rate of ten percent (10%) per annum on this amount until paid in full. Elite Autos shall also be entitled to all reasonable attorneys' fees and costs incurred in enforcing the Settlement Agreement, as determined by the court.

/ / /

/ / /

SO ORDERED, this 10th day of November, 2021.

BY THE COURT:

_____
TENA CAMPBELL
United States District Judge